THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tawana Ojlya
 Johnson, Appellant.
 
 
 

Appeal From Greenville County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No.  2010-UP-437
 Submitted October 1, 2010  Filed October
12, 2010

AFFIRMED

 
 
 
 J. Falkner Wilkes, of Greenville, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Senior Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; and Solicitor
 Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Tawana Ojlya Johnson appeals
 his conviction for first-degree burglary and corresponding sentence of fifteen
 years' imprisonment.  Johnson argues the trial court erred in denying his
 motion for a directed verdict.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v. Cherry,
 361 S.C. 588, 593-94, 606 S.E.2d 475, 478 (2004) ("If there is any
 direct evidence or any substantial circumstantial evidence reasonably tending
 to prove the guilt of the accused, an appellate court must
 find the case was properly submitted to the jury."); State v. Pinckney,
 339 S.C. 346, 349, 529 S.E.2d 526, 527 (2000) ("In a burglary trial, the
 defendant's actions after he entered the house can be evidence used to
 determine if he had the intent to commit a crime at the time of entry.").  
AFFIRMED.
FEW, C.J., HUFF
 and GEATHERS, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.